Rachel M. Fazio (CA Bar # 187580)
P.O. Box 697
Cedar Ridge, CA 95924
Tel:  (530) 273-9290
Fax:  (530) 273-9260
rfazio@nccn.net

René P. Voss (CA Bar # 255758)
1006 Bienville Street
Davis, CA  95616
Tel:  (530) 219-8068
Fax:  (267) 316-3414
renepvoss@gmail.com

Attorneys for Plaintiff
Earth Island Institute

Honorable Frank C. Damrell, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, a non-profit organization, | Case No. 2:09-2020 FCD EFB |
| Plaintiff, | STIPULATION AND ORDER SETTING SCHEDULE FOR BRIEFING OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| vs. | |
| ALICE B. CARLTON, in her official capacity as Forest Supervisor for Plumas National Forest, RANDY MOORE, in his official capacity as Regional Forester for Region 5 of the United States Forest Service, and the UNITED STATES FOREST SERVICE, | |
| Defendants | |

*Earth Island v. Carlton*, Case # 09-2020
Stipulation and Order Re Preliminary Injunction Briefing Schedule

1

In anticipation of plaintiff's motion for preliminary injunction, and consistent with the Court's schedule, plaintiff Earth Island Institute and defendants Alice B. Carlton, Randy Moore, and the U.S. Forest Service (the "Parties") hereby stipulate as follows, subject to approval by the Court:

1. Plaintiff shall file its motion papers on Friday, July 24, 2009. Plaintiff's opening memorandum of law shall not exceed 25 pages.

2. Defendants shall file their opposition papers on or before Friday, July 31, 2009. Defendants opening memorandum of law shall not exceed 25 pages.

3. Plaintiff shall file its reply on or before, Wednesday, August 5, 2009 at 2:00 p.m. Plaintiff's reply memorandum shall not exceed 12 pages.

4. Subject to Court approval, Plaintiff's motion shall be heard on August 7, 2009, at 10:00 a.m.

The Parties further agree that:

5. No ground-disturbing activities shall begin on any portion of the Moonlight-Wheeler Project before August 12, 2009 at noon.

6. The purpose of this stipulation is to provide for the orderly presentation of the issues in this case. The Parties stipulate that nothing in this Stipulation may be construed as a basis for an award of attorneys fees in this case.

SO STIPULATED, this 23rd day of July 2009

FOR THE PLAINTIFFS

/s/ Rachel M. Fazio
RACHEL M. FAZIO

/s/ René Voss (as authorized on 7/23/09)
RENÉ P. VOSS

FOR THE DEFENDANTS:

/s/ Julie Thrower (as authorized on 7/23/09)
JULIE THROWER

*Earth Island v. Carlton*, Case # 09-2020
Stipulation and Order Re Preliminary Injunction Briefing Schedule
2

Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0247

## **ORDER**

Having considered the parties' stipulation agreement, this Court ORDERS that

1.    Plaintiff shall file its motion papers on Friday, July 24, 2009.  Plaintiff's opening memorandum of law shall not exceed 25 pages.

2.    Defendants shall file their opposition papers on or before Friday, July 31, 2009. Defendants opening memorandum of law shall not exceed 25 pages.

3.    Plaintiff shall file its reply on or before Wednesday, August 5, 2009 at 2:00pm. Plaintiff's reply memorandum shall not exceed 12 pages.

4.    Plaintiff's motion shall be heard on August 7, 2009, at 10:00 a.m. in Courtroom #2.

**IT IS SO ORDERED.**

DATED:  July 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE